# EXHIBIT A





Increase your profit margin!



Buy drugs at 10%-99% off WAC

Sell unused or nearly expired medications to **INCREASE CASH FLOW!**

 Register for FREE today at **WWW.EXCHANGERX.COM** 
or call (888) 557-2270

6% Commission Rate until 2012!