# EXHIBIT B





# Increase your profit margin!



# Buy drugs at 10%-99% off WAC

# Sell unused or nearly expired medications to

# INCREASE CASH FLOW!