IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | |
| on behalf of itself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 11 CV 6702 |
| | ) | |
| v. | ) | |
| | ) | Honorable Judge Lefkow |
| EXCHANGERX, LLC, | ) | Magistrate Judge Keys |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF GLEN ELLYN PHARMACY, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Glen Ellyn Pharmacy, Inc., in compliance with Fed. R. Civ. P. 7.1 and Local Rule 3.2 certifies the following:

1. Glen Ellyn Pharmacy, Inc. is a privately held corporation.

2. Glen Ellyn Pharmacy, Inc. does not have any publicly held affiliates nor does any public corporation hold more than 10% of its stock.

Dated: September 23, 2011

Respectfully submitted,

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

       I, Dulijaza Clark, certify that on September 23, 2011, I caused a true and accurate copy of the foregoing document to be served, via hand delivery by Process Server, on the following party:

    ExchangeRx, LLC
    c/o Registered Agent Chad Ohira or individual otherwise authorized to accept service
    8925 W. Post Road, Suite 120
    Las Vegas, NV 89141

                                                  /s/ Dulijaza Clark
                                                  Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)