AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GLEN ELLYN PHARMACY, INC., on behalf of itself and a class,
Plaintiff

V.

EXCHANGERX, LLC, and JOHN DOES 1-10,
Defendants.

CASE NUMBER: 11 CV 6702

ASSIGNED JUDGE: Honorable Judge Lefkow

DESIGNATED MAGISTRATE JUDGE: Honorable Judge Keys

TO: (Name and address of Defendant)

ExchangeRx, LLC
c/o Registered Agent Chad Ohira or individual authorized to accept service
8925 W. Post Road, Suite 120
Las Vegas, NV 89141

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. Suite 1800
Chicago, IL 60603P

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

September 23, 2011
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 10/10/2011 |
| NAME OF SERVER (PRINT) DOROTHY WILLIAMS | TITLE INVESTIGATOR / SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: CHAD OHIRA, CPA
8925 W. Post RD #120 - LAS VEGAS, NV 89148

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: CHAD OHIRA

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/10/2011 @ 1:30 pm
Date

Signature of Server: Dorothy Williams

Address of Server:
Advance Process Service
4535 W. Sahara Ave., Ste. 112-H
Las Vegas, NV 89102
702-257-3885
Nevada P.I. License 696/696A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.