UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.2**
Eastern Division

Glen Ellyn Pharmacy, Inc.
                              Plaintiff,

v.                                          Case No.: 1:11−cv−06702
                                            Honorable Joan H. Lefkow

ExchangeRx, LLC, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 10, 2012:

   MINUTE entry before Honorable Joan H. Lefkow:Status hearing held on 1/10/2012 and motion hearing held on 1/10/2012 regarding motion to certify class [4] and continued to 1/31/2012 at 08:30 AM.Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.