## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | |
| on behalf of itself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 11 CV 6702 |
| | ) | |
| v. | ) | |
| | ) | Honorable Judge Lefkow |
| EXCHANGERX, LLC, | ) | Magistrate Judge Keys |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>STIPULATION TO DISMISS</u>

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Glen Ellyn Pharmacy, Inc. ("Plaintiff") , hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

/s/Dulijaza Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
Telephone: 312/739-4200
Facsimile: 312/419-0379

## CERTIFICATE OF SERVICE

I, Dulijaza Clark, certify that on January 30, 2012, I had a true and accurate copy of the foregoing document sent via U.S. Mail and electronic mail to the parties named below:


ExchangeRx, LLC
c/o Francis Maglalang
8925 W. Post Road, Suite 120
Las Vegas, NV 89141
melissacasal@yahoo.com


s/ Dulijaza Clark
Dulijaza Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie (Dulijaza) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)